

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*Direct Dial: (215)861-8357*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

August 22, 2008

**FILED**

Jim Hamilton
U.S. District Court Clerk's Office
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

AUG 2 5 2008

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

Re:   <u>United States v.Angel Serrano</u>   CR. NO.  08-485

Dear Mr. Hamilton:

Please unimpound the Indictment in regard to the above-captioned case.  The Indictment was filed on August 19, 2008.

Very truly yours,

LAURIE MAGID
Acting United States Attorney

Mark S. Miller
Assistant United States Attorney