IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANGEL ROBERT SERRANO, JR. | : | No. 08-0485-1 |

ORDER

AND NOW, this 2nd day of March, 2011, because Defendant Angel Serrano has been transferred from Northern Neck Regional Jail to a different institution, the Court DENIES his Motion for Relocation of Confinement (Doc. No. 81) as MOOT.

BY THE COURT

/s/ Legrome D. Davis

Legrome D. Davis, J.